JOSEPH C. RINTELEN, Appellant, *v.* ROSE D. SCHAEFER, Individually and as Executrix of ELIZABETH RINTELEN, Deceased, et al., Respondents, Impleaded with Another.

*Rintelen* v. *Schaefer*, 168 App. Div. 958, affirmed.
(Argued November 2, 1916; decided November 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 3, 1915, affirming a judgment in favor of defendants entered upon a verdict directed by the court in an action under section 2653a of the Code of Civil Procedure to determine the validity of the will of Elizabeth Rintelen, deceased. Three issues were raised by the pleadings, viz.: Testamentary capacity; undue influence; and execution not in conformity with the statute.

*Gormly J. Sproull* and *John McG. Goodale* for appellant.

*Henry C. Frey* and *Gaston F. Livett* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.